THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TONYA SANCHEZ, THOMAS SANCHEZ, JR. AND HAZEL SANCHEZ AS GUARDIAN AND CURATRIX OF TYLER SANCHEZ | * * * |
| Plaintiffs | * CIVIL ACTION: 10-3399 * * |
| V. | * JUDGE: ZAINEY * |
| GARRETT BANQUER, JACOB SCHWEBEL, DANIEL EDWARDS, AND THE CITY OF HAMMOND | * * * MAGISTRATE JUDGE CHASEZ * |
| Defendants | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING MOTION (Rec. Doc. 5);**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that Plaintiff, Tonya Sanchez, et al., is hereby granted by this Honorable Court to remand the above and title numbered cause to the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana.

NEW ORLEANS, LOUISIANA, this __25th__ day of ___October___, 2010.

_____
J U D G E